959 A.2d 904

**SFJV–2002–1, L.L.C., Respondent**

**v.**

**David CLEARY & Patricia Cleary, Petitioners.**

**No. 114 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 22, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.

■

959 A.2d 904

**Francis J. NELSON, Petitioner**

**v.**

**Vincent L. JOHNSON, Kevin William Gibson, Terry Pugh, Law Offices of Terry Pugh & Russell Moss, Russell Moss, & Richard L. Cole, Respondents.**

**No. 75 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 22, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**